The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HYGIWAY LLC, an Illinois limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and SHEIKH SHUVO, an individual,<br><br>Defendants. | Case No. 2:25-cv-02072-JCC<br><br>**DEFENDANT SHEIKH SHUVO'S ANSWER TO COMPLAINT FOR DAMAGES** |

COMES NOW Defendant Sheikh Shuvo ("Defendant") by and through his attorneys of record, Corr Cronin LLP, and in answer to Plaintiffs' Complaint for Damages (hereinafter "Complaint"), alleges, avers, and denies as follows. Any allegation in the Complaint not specifically and expressly admitted is denied.

## I.     INTRODUCTION

1.     Defendant admits that Plaintiff approached Amazon.com Inc. ("Amazon") to sell Amazon their purported product. Defendant denies all remaining allegations.

DEFENDANT SHEIKH SHUVO'S
ANSWER TO COMPLAINT – 1
(Case No. 2:25-cv-02072-JCC)

## II. PARTIES

2. Defendant is without sufficient information and on that basis denies.

3. Defendant is without sufficient information and on that basis denies.

4. Admit.

## III. JURISDICTION AND VENUE

5. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, Defendant denies.

6. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, Defendant denies.

7. Defendant admits that he resides in Bainbridge Island, which exists within the Western District of Washington. The remainder of the paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies.

## IV. STATEMENT OF FACTS

8. Defendant is without sufficient information and on that basis denies.

9. Defendant is without sufficient information and on that basis denies.

10. Defendant is without sufficient information and on that basis denies.

11. Defendant is without sufficient information and on that basis denies.

12. Defendant is without sufficient information and on that basis denies.

13. Defendant is without sufficient information and on that basis denies.

14. Defendant is without sufficient information and on that basis denies.

15. Defendant is without sufficient information and on that basis denies.

16. Defendant is without sufficient information and on that basis denies.

17. Defendant is without sufficient information and on that basis denies.

18. Defendant is without sufficient information and on that basis denies.

DEFENDANT SHEIKH SHUVO'S
ANSWER TO COMPLAINT – 2
(Case No. 2:25-cv-02072-JCC)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

19. Defendant is without sufficient information and on that basis denies.

20. Defendant is without sufficient information and on that basis denies.

21. Defendant is without sufficient information and on that basis denies.

22. Defendant is without sufficient information and on that basis denies.

23. Defendant respectfully submits that the document speaks for itself. To the extent further response is required, Defendant is without insufficient information and on that basis denies.

24. Defendant respectfully submits that the document speaks for itself. To the extent further response is required, Defendant is without insufficient information and on that basis denies.

25. Defendant respectfully submits that the document speaks for itself. To the extent further response is required, Defendant is without insufficient information and on that basis denies.

26. Defendant is without sufficient information and on that basis denies.

27. Defendant is without sufficient information and on that basis denies.

28. Defendant is without sufficient information and on that basis denies.

29. Defendant admits that he conversed with representatives of hygiWay sometime in 2021. Defendant is without sufficient information to admit or deny the remainder of the allegations in the paragraph and on that basis denies.

30. Defendant is without sufficient information and on that basis denies.

31. Defendant is without sufficient information and on that basis denies.

32. Defendant admits he requested information from hygiWay at one point during his communications with hygiWay. Defendant is without sufficient information to admit or deny the remainder of the allegations and on that basis denies.

33. Defendant admits hygiWay sent Defendant and/or Amazon information regarding the company at one point during his communications with hygiWay. Defendant is without sufficient information to admit or deny the remainder of the allegations and on that basis denies.

DEFENDANT SHEIKH SHUVO'S
ANSWER TO COMPLAINT – 3
(Case No. 2:25-cv-02072-JCC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

34. Defendant admits that at a certain point, discussions with hygiWay were terminated. Defendant is without sufficient information to admit or deny the remainder of the allegations in the paragraph and on that basis denies.

35. Deny.

36. Deny.

37. Deny.

38. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies.

## V. CAUSES OF ACTION

**CAUSE OF ACTION I: Breach of Contract (Against Defendant Amazon.com, Inc.)**

39. Defendant hereby incorporates all paragraphs of this pleading as if fully set forth herein.

40. This paragraph does not pertain to Defendant and contains legal conclusions, therefore no response is required. To the extent a response is required, Defendant denies.

41. This paragraph does not pertain to Defendant and contains legal conclusions, therefore no response is required. To the extent a response is required, Defendant denies.

42. This paragraph does not pertain to Defendant and contains legal conclusions, therefore no response is required. To the extent a response is required, Defendant denies.

43. This paragraph does not pertain to Defendant and contains legal conclusions, therefore no response is required. To the extent a response is required, Defendant denies.

**CAUSE OF ACTION II: Unjust Enrichment (Against Defendant Amazon.com, Inc.)**

44. Defendant hereby incorporates all paragraphs of this pleading as if fully set forth herein. Defendant hereby incorporates all paragraphs of this pleading as if fully set forth herein.

DEFENDANT SHEIKH SHUVO'S
ANSWER TO COMPLAINT – 4
(Case No. 2:25-cv-02072-JCC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

45. This paragraph does not pertain to Defendant and contains legal conclusions, therefore no response is required. To the extent a response is required, Defendant denies.

46. This paragraph does not pertain to Defendant and contains legal conclusions, therefore no response is required. To the extent a response is required, Defendant denies.

47. This paragraph does not pertain to Defendant and contains legal conclusions, therefore no response is required. To the extent a response is required, Defendant denies.

**CAUSE OF ACTION III: Violation of the Washington Consumer Protection Act, RCW 19.86 *et seq.* (Against All Defendants)**

48. This claim has been dismissed by the Court with prejudice, therefore no response is required. To the extent a response is required, Defendant denies.

49. This claim has been dismissed by the Court with prejudice, therefore no response is required. To the extent a response is required, Defendant denies.

50. This claim has been dismissed by the Court with prejudice, therefore no response is required. To the extent a response is required, Defendant denies.

51. This claim has been dismissed by the Court with prejudice, therefore no response is required. To the extent a response is required, Defendant denies.

52. This claim has been dismissed by the Court with prejudice, therefore no response is required. To the extent a response is required, Defendant denies.

53. This claim has been dismissed by the Court with prejudice, therefore no response is required. To the extent a response is required, Defendant denies.

54. This claim has been dismissed by the Court with prejudice, therefore no response is required. To the extent a response is required, Defendant denies.

DEFENDANT SHEIKH SHUVO'S
ANSWER TO COMPLAINT – 5
(Case No. 2:25-cv-02072-JCC)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**CAUSE OF ACTION IV: Violation of the Uniform Trade Secrets Act, RCW 19.108** *et seq.*

**(Against All Defendants)**

55. Defendant hereby incorporates all paragraphs of this pleading as if fully set forth herein. Defendant hereby incorporates all paragraphs of this pleading as if fully set forth herein.

56. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies.

57. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies.

58. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies.

59. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies.

60. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies.

61. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies.

62. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies.

**CAUSE OF ACTION V: Violation of the Defense of Trade Secrets Act, 18 U.S.C. § 1836** *et seq.* **(Against All Defendants)**

63. Defendant hereby incorporates all paragraphs of this pleading as if fully set forth herein. Defendant hereby incorporates all paragraphs of this pleading as if fully set forth herein.

DEFENDANT SHEIKH SHUVO'S
ANSWER TO COMPLAINT – 6
(Case No. 2:25-cv-02072-JCC)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

64. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies.

65. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies.

66. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies.

67. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies.

68. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies.

69. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies.

## DEFENDANT'S AFFIRMATIVE DEFENSES

Defendant asserts the following defenses, affirmative defenses, and avoidances based on information currently available and pursuant to Fed. R. Civ. P. 8(b) and 8(c). Defendant reserves the right to plead additional defenses based on facts learned through discovery.

1. Lack of subject matter jurisdiction.

2. Improper venue.

3. Failure to state a claim upon which relief can be granted.

4. The alleged fault, omission, or other wrongful conduct of Defendant was not a proximate cause of or a substantial factor in any of the injuries or damages alleged.

5. The alleged confidential and trade secret information alleged to have been misappropriated, used, or disclosed is a matter of public record and/or is through no fault or action of Defendant.

DEFENDANT SHEIKH SHUVO'S
ANSWER TO COMPLAINT – 7
(Case No. 2:25-cv-02072-JCC)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

6. Plaintiff's claims for trade secret misappropriation under the DTSA and WUTSA are barred by the applicable statutes of limitations.

7. One or more of Plaintiff's claims are barred by laches, estoppel, waiver, or acquiescence.

8. Plaintiff's claims are barred by the doctrine of unclean hands.

9. To the extent Plaintiff has incurred any damages, such damages were not reasonably foreseeable.

10. Alleged injuries or damages were not the result of any act or omission by Defendant but were the result of the acts or omissions of others over whom Defendant has no control, including Plaintiff.

11. Plaintiff was aware of and voluntarily assumed a risk that was the proximate cause of the alleged injuries and damages.

12. Plaintiff's claims are barred or limited by the contributory negligence or comparative fault of Plaintiff.

## VI. DEFENDANT'S PRAYER FOR RELIEF

**WHEREFORE**, Defendant respectfully requests that this Court grant it relief as follows:

1. That Plaintiff's claims against Defendant Shuvo be dismissed with prejudice;

2. That judgment be entered in favor of Defendant Shuvo and against Plaintiff;

3. For attorneys' fees and costs as allowable by law; and

4. For such other and further relief as the Court may deem just and equitable.

//

//

//

DEFENDANT SHEIKH SHUVO'S
ANSWER TO COMPLAINT – 8
(Case No. 2:25-cv-02072-JCC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 10th day of February, 2026.

CORR CRONIN LLP

*s/ Maia R. Robbins*
Steven W. Fogg, WSBA No. 23528
Maia R. Robbins, WSBA No. 54451
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel: (206) 625-8600
sfogg@corrcronin.com
mrobbins@corrcronin.com

*Attorneys for Defendant Sheikh Shuvo*

DEFENDANT SHEIKH SHUVO'S
ANSWER TO COMPLAINT – 9
(Case No. 2:25-cv-02072-JCC)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900