THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HYGIWAY, LLC, an Illinois limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation; and SHEIKH SHUVO, an individual,<br><br>Defendants. | Case No. 2:25-cv-02072-JCC<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO EXTEND CASE DEADLINES AND DISMISS CAUSES OF ACTION IV AND V OF THE COMPLAINT<br><br>**NOTE ON MOTION CALENDAR:** OCTOBER 21, 2026 |

Plaintiff hygiWay, LLC ("Plaintiff") and Defendants Amazon.com, Inc. and Sheikh Shuvo ("Defendants") hereby submit this Stipulation Motion to Extend Case Deadlines and Dismiss Causes of Action IV and V of the Complaint. The parties stipulate as follows:

1. The Parties are engaged in sincere and concerted efforts to streamline the issues before the Court and to reach a resolution of all issues in the case. The Parties anticipate that such resolution may be possible in the near future, and will be aided by an extension of the case schedule to permit immediate focus on dispute resolution.



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

2. The Parties have exchanged and responded to written discovery to prepare for trial in this case and with a concurrent goal of discussing resolution of the case. Discussions between the Parties have been ongoing and frequent.

3. Pursuant to the communications discussed above, the Parties have agreed that Causes of Action IV and V of the Complaint should be dismissed with prejudice. The Parties have additionally agreed that an extension of approximately 90 days of all pretrial deadlines and the trial date would aid the Parties in a potential resolution of this case.

4. To promote judicial economy and efficiency, the parties thus request that the Court (a) order dismissal of Causes of Action IV and V of the Complaint with prejudice, and (b) extend all case deadlines for 90 days from the date of this Order. A proposed amended case schedule is included in the proposed order below.

DATED October 21, 2026.

Stipulated to and Presented By:

K&L GATES LLP

By: s/ Peter A. Talevich

Jeffrey C. Johnson, WSBA #23066
Peter A. Talevich, WSBA #42644
Spencer McCandless, WSBA #60871
Emaan R. Jaberi, WSBA #56990
925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
E-mail: jeff.johnson@klgates.com
peter.talevich@klgates.com
spencer.mccandless@klgates.com
emaan.jaberi@klgates.com

*Attorneys for Amazon.com, Inc.*

TOMLINSON BOMSZTYK RUSS

By s/ Tallman H. Trask, IV

Tallman H. Trask, IV, WSBA #60280
Aric S. Bomsztyk, WSBA #38020
1000 Second Avenue, Suite 3660
Seattle, Washington 98104
Telephone: (206) 621-1871
Email: asb@tbr-law.com
tht@tbr-law.com

*Attorneys for Plaintiff hygiWay, LLC*

CORR CRONIN LLP

By: s/ Maia R. Robbins

Maia R. Robbins, WSBA #54451
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Phone: (206) 625 8600
E-mail: mrobbins@corrcronin.com

*Attorney for Defendant Sheikh Shuvo*

# ORDER

The parties having stipulated to, and the Court finding good cause for, the following relief, it is now **ORDERED** that (a) Causes of Action IV and V of the Complaint are dismissed **WITH PREJUDICE**, and (b) all case deadlines are extended for 90 days, pursuant to the below amended case management schedule.

| Amended Case Schedule | | |
|---|---|---|
| **Schedule** | **Original Deadline** | **Amended Deadline** |
| Jury Trial | March 1, 2027 | June **28**~~1~~, 2027 |
| Pleading amendment and third-party action | May 27, 2026 | August 25, 2026 |
| Completion of all discovery | November 2, 2026 | February 1, 2027 |
| Completion of 39.1 Mediation | November 16, 2026 | February 16, 2027 |
| Dispositive motions | December 1, 2026 | March 1, 2027 |
| Motions in Limine | February 19, 2027 | May 20, 2027 |
| Pretrial Order | February 19, 2027 | May 20, 2027 |
| Proposed verdict forms, voir dire, jury instructions | February 22, 2027 | May 24, 2027 |
| Trial briefs | February 25, 2027 | May 26, 2027 |

DATED: this 21st day of October 2026.



JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**CERTIFICATE OF SERVICE**

I certify that on October 21, 2026, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

DATED October 21, 2026 at Seattle, Washington.

s/ Peter A. Talevich
Peter A. Talevich, WSBA #42644



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022